**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DANIEL F. MCGARITY, CHRISTOPHER D. SWANSON AND MICHAEL J. DONNELLY, | : | No. 780 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOHN S. DIGIUSEPPE AND STEVEN C. LAURIELLO, | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 5th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.